

ORDERED in the Southern District of Florida on March 13, 2020.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

GERTY VASSOR-LOZA a/k/a GERTY VASSOR, a/k/a GERTY V. LOZA, a/k/a GERTY VASSOR-RUIZ, a/k/a GERTY RUIZ , d/b/a REMOTE PARALEGAL SERVICES,

Debtor.
_____/

Case No.  20-12184-BKC-LMI

Chapter 13

**AMENDED[1] ORDER GRANTING EX PARTE MOTION TO DISMISS CASE**

THIS MATTER came before the Court on the Debtor's Notice and Motion for Voluntary Dismissal (ECF #17) which the Court construes as a Motion to Dismiss Case. An Order Granting Ex Parte Motion to Dismiss Case (ECF #18) was entered on March 9, 2020. The Court has reviewed the docket and based on the record, it is

ORDERED:

---

[1] The order is being amended solely to address the prejudice period.

Case No. 20-12184-BKC-LMI

1. The Order Granting Ex Parte Motion to Dismiss Case (ECF #9) is amended to include a prejudice period of 180 days as there was a Motion for Relief from Stay pending at the time the motion to dismiss was filed.

# # #

Copies to:
Gerty Vassor-Loza, *pro se Debtor*